Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida 

Jacksonville Division

| | | |
|---|---|---|
| RAMSEY DAVIS | ) | Case No. 3:24-cv-7-TJC-LLL |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | ) | |
| COMMERCIAL METALS COMPANY | ) ) ) ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) | |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RAMSEY DAVIS |
| Street Address | 6001 Argyle Forest Blvd Suite 21 |
| City and County | Jacksonville Duval |
| State and Zip Code | FL 32244 |
| Telephone Number | (904)735-8010 |
| E-mail Address | ramseydavis@ymail.com |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

    Name: COMMERCIAL METALS COMPANY

    Job or Title (if known):

    Street Address: 6565 North MacArthur Blvd Suite 800

    City and County: Irving  Dallas

    State and Zip Code: TX 75039

    Telephone Number: (214)627-4300

    E-mail Address (if known):

Defendant No. 2

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 3

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 4

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* RAMSEY DAVIS, is a citizen of the State of *(name)* Florida.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* COMMERCIAL METALS COMPANY, is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* Texas.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

$500,000,000.52. This is amount has been agreed to by the defendant by and through non-reponse, made evident thhough a Certificate of Non-Response attached to an affidavit, from a Notarial Protest conducted on the dates of 11/21/2023-12/14/3023.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* RAMSEY DAVIS , and the defendant, *(name)* COMMERCIAL METALS COMPANY , made an agreement or contract on *(date)* 12/14/2023 . The agreement or contract was *(oral or written)* Written ▼ . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
See Statement of Claim attachment page, 4 pages. Complaint page count, inchluding Statement of Claim and Civil Cover Sheet, 10 pages Total.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
See Statement of Claim attachment page, 4 pages.

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
See Statement of Claim attachment page, 4 pages.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/03/2024

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  RAMSEY DAVIS

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## COMPLAINT FOR CIVIL CASE ALLEGING BREACH OF CONTRACT

**Statement of Claim and Relief, attachment for Page 4.**

RE: Ramsey Davis vs Commercial Metals Company   Date: 01, 03, 2024

*Statement of Claim:*

1. On the dates of November 21, 2023 – December 14, 2023, an agreement came into existence between Ramsey Davis the plaintiff and Commercial Metals Company the defendant, by and through a bill in equity and a notarial protest mailed to Peter Matt acting CEO of the previously mention company by way of certified mail package with return receipt requested.

2. Commercial Metals Company the defendant, from here on out known as CMC, was required to send either written confirmation by way of certified mail with return receipt through a qualified third-party regarding the NOTICE OF BILL IN EQUITY or send written correspondence in the same manner for any neglect thereof.

3. Ramsey Davis the plaintiff, had no specified requirements and or actions to take within this agreement.

4. On November 21, 2023, Ramsey Davis the plaintiff, had a notary public initiate a notarial protest for a NOTICE OF BILL IN EQUITY, mailed to CMC the defendant.

5. On the dates of November 21, 2023 – December 14, 2023, dishonor was committed against the plaintiff by CMC, by and through nonpayment for the compensation settlement regarding the NOTICE OF BILL IN EQUITY, and the notarial protest.

6. CMC committed material breach of contract, through nonresponse by the date of November 02, 2023, after CMC was given an initial opportunity of twelve days to respond and neglected to do so after being notified of this duty to respond, by and through the NOTICE OF BILL IN EQUITY dated for November 21, 2023.

Page 2 of 4

7. CMC was given a second opportunity of ten days to respond, within the NOTICE OF NON-RESPONSE to cure this breach on December 4, 2023, and CMC's silence persisted.

8. Moreover, CMC was also notified within this NOTICE OF NON-RESPONSE, that refusal to respond would constitute agreement by way of acquiescence to all the stipulated facts within the NOTICE OF BILL IN EQUITY.

9. Furthermore, after the receipt of both mailings with the attachments of affidavits, a CERTIFICATE OF NON-RESPONSE with an affidavit attached, was mailed to CMC on December 14, 2023, solidifying our contractual agreement and CMC's default by and through nonresponse.

10. In conclusion the plaintiff has sustained the damage of unpaid relief because of the defendant's nonresponse and nonpayment.

***Relief:***

 I am demanding the monetary compensation from Commercial Metals Company for the above compensatory damage in the amount that has been stipulated and agreed to by way and through the notarial protest attached to affidavits, conducted on November 21, 2023 – December 14, 2023, payable to the order of RAMSEY DAVIS.

---

### NOTICE

*I am pursuant to substantive rights and or facts regarding this case, and the contractual agreement though Notarial Protest, whereas Federal rules of civil procedure shall not abridge, enlarge, or modify any substantive right.*

---