UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAMSEY DAVIS,

    Plaintiff,

v.                                            Case No. 3:24-cv-7-TJC-LLL

COMMERCIAL METALS
COMPANY,

    Defendant.

## O R D E R

This case is before the Court on a Report and Recommendation, Doc. 3. The assigned United States Magistrate Judge recommends denying Plaintiff's Motion to Proceed In Forma Pauperis, dismissing the Complaint without prejudice, and permitting Plaintiff to file a second motion and an amended complaint. Id. The Magistrate Judge finds that Plaintiff likely qualifies as a pauper but fails to state a claim on which relief can be granted. Id. at 4–5. Plaintiff has not filed an objection, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 3, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 3, is **ADOPTED** as the opinion of the Court to the following extent.

2. Plaintiff's Motion to Proceed In Forma Pauperis, Doc. 2, is **GRANTED**.

3. The Complaint, Doc. 1, is **DISMISSED without prejudice**. No later than **August 5, 2024,** Plaintiff may file an amended complaint curing the deficiencies described in the Report and Recommendation. If Plaintiff fails to timely file an amended complaint, this case will be automatically dismissed without further notice.

4. The clerk should send Plaintiff a copy of the Report and Recommendation, Doc. 3, along with this Order.

**DONE AND ORDERED** in Jacksonville, Florida, the 8th day of July, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Laura Lothman Lambert
United States Magistrate Judge

Ramsey Davis
6001 Argyle Forest Blvd
Suite 21
Jacksonville, FL 32244